# UNITED STATES DISTRICT COURT
## District of Minnesota

Brayan Josue Posada Romero,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood and Eric Klang,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1443 SRB/EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. #1) is GRANTED.
2. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and enjoins Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.
3. Respondents shall immediately release Petitioner in Minnesota, but no later than 48 hours from the date of this Order.
4. Prior to Petitioner's release, Respondents must first notify Petitioner's legal counsel within two hours of his impending release and include the location of his release and approximate release time.
5. When Petitioner is released, Respondents must return to him any property, personal effects, and documents that they have taken from him, including identity documents, foreign issued identity documents, and immigration documents.
6. Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release.
7. Respondents shall confirm Petitioner's release with the Court within 72 hours from the date of this Order.

Date: 2/20/2026

KATE M. FOGARTY, CLERK